

FILED

08/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0465

SIEBEN RANCH COMPANY,

Plaintiff and Appellee,

v.

RANDALL G. ADAMS, a/k/a/ RANDY ADAMS,
a/k/a/ RAY ADAMS; and LEE McDONALD,

Defendants and Appellants.

FILED

AUG 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellants Randall G. Adams and Lee McDonald have filed a joint motion for extension to file a petition for rehearing of the Court's Amended Opinion filed August 3, 2021. Appellee Sieben Ranch Company opposes the motion.

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including August 20, 2021, within which to file their petition for rehearing.

No further extensions will be granted.

DATED this 12th day of August, 2021.

For the Court,

By _____
Chief Justice